# FIRST AMENDMENT TO SETTLEMENT AGREEMENT

WHEREAS, Blake Equipment Company, Inc. ("Blake") filed a lawsuit in the United States District Court for the District of Rhode Island against A&W Artesian Well Co. ("A&W Artesian") and H. Allen Follett ("Follett") for payment for equipment delivered to A&W Artesian, which lawsuit is titled *Blake Equipment Co., Inc. v. A&W Artesian Well Company, et al.*, CA No. 04-167-S (the "Litigation"); and

WHEREAS, on or about November 5, 2004, a Settlement Agreement was executed, and A&W Artesian executed a Promissory Note and Security Agreement; and

WHEREAS, Blake has filed a Notice of Entry of Judgment Pursuant to Settlement Agreement on account of A&W Artesian's failure to make payment to Blake in accordance with the terms of the Settlement Agreement and Promissory Note;

NOW, THEREFORE in consideration of the mutual promises and undertakings set forth below, the sufficiency of which is hereby acknowledged, the Parties agree as follows:

1. It is acknowledged and agreed that there has been a default in payments due to Blake under the terms of the Settlement Agreement and Promissory Note which entitles Blake to all of its remedies for default under the Settlement Agreement, Promissory Note and Security Agreement, including but not limited to entry of a consent judgment pursuant to paragraph 6 of the Settlement Agreement.

2. Blake agrees to forbear from exercising its remedies for the existing default in payments provided that A&W Artesian makes the payments set forth in paragraph 3 below.

3. A&W Artesian shall pay Blake $5,000.00 per week through December 31, 2005. Thereafter, except as provided in Paragraph 4 below, A&W Artesian shall pay Blake $2,500.00 per week through March 31, 2006. Thereafter, A&W Artesian shall pay Blake $5,000.00 per week until all of its obligations under the Settlement Agreement, Promissory Note and Security Agreement (including but not limited to its obligation to pay Blake's attorneys' fees and costs incurred in enforcing its rights, which fees and costs total $2,000 to date) are satisfied in full. Payments shall be made on the Monday of each week, commencing October 3, 2005.

4. Notwithstanding anything set forth in Paragraph 3 to the contrary, in the event that one or both of the rigs identified in the Security Agreement are sold on or before December 31, 2005 and the net proceeds of the sale are delivered to Blake prior to December 31, 2005, A&W shall not be required to make any payments to Blake from January 1, 2006 to March 31, 2006. Notwithstanding anything set forth in Paragraph 3 to the contrary, in the event that one or both of the rigs identified in the Security Agreement are sold between January 1, 2006 and March 31, 2006 and the net proceeds are delivered to Blake prior to March 31, 2006, then the $2,500 weekly payments set forth in Paragraph 3 shall be suspended from the date said proceeds are delivered to Blake until March 31, 2006.

5. In the event that A&W Artesian fails to make any payment set forth in paragraph 3 hereof, or commits a nonpayment default under the Settlement Agreement, Promissory Note and/or Security Agreement, Blake shall be entitled to enforce all of its rights and remedies set forth in the Settlement Agreement, Promissory Note and Security Agreement without further demand or notice.

6. The terms of the Settlement Agreement, Promissory Note and Security Agreement remain in full force and effect, except as expressly modified herein. The parties acknowledge the existence of a dispute on the issue whether Follett signed the Settlement Agreement in his individual capacity. Blake asserts that Follett signed the Settlement Agreement in his individual capacity; Follett asserts that he did not sign the Settlement Agreement in his individual capacity. Notwithstanding anything set forth in this Agreement to the contrary, the parties reserve all of their rights with respect to this issue in dispute.

Blake Equipment Company, Inc.

DATED: October 6, 2005

By: Fred B. Cuda
Its:

A & W Artesian Well Co.

DATED: October 3, 2005

By: H. Allen Follett
Its: President

H. Allen Follett
H. Allen Follett

DATED: October 3, 2005