UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BLAKE EQUIPMENT CO., INC.

vs. C.A. No. 06-037ML

H. ALLAN FOLLETT

ORDER

On June 22, 2006 an Order was entered notifying the parties that the above-captioned case would be dismissed without prejudice within 15 days for lack of prosecution. Fifteen days having elapsed without any response to the Court's Order,

It is now ORDERED that this action is hereby dismissed without prejudice.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
July 19, 2006

Entered as an Order of this Court on July 20, 2006

Barbara Barletta
Deputy Clerk